**FILED**

SEP 15 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

SHIRLEY HAUGH, )
)
      Plaintiff, )
)
      v. )   Civil Action No. 11 1665
)
WILLIAM McCORKLE, *et al.*, )
)
      Defendants. )

**MEMORANDUM OPINION**

This matter comes before the court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The court will grant the application, and dismiss the complaint.

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the

1

doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff purports to bring a civil action against the federal government "for the death of [her] son [who] was shot on the streets of Washington D.C." Compl. at 1. She neither identifies the named defendants nor supplies addresses for them. Wholly absent from the pleading are any factual allegations to support her claim, and without additional information the defendants do not have fair notice of the claims asserted or the relief demanded. The complaint fails to comply with Rule 8(a) and it will be dismissed.

An Order consistent with this Memorandum Opinion is issued separately.

United States District Judge
J. Bowlery

DATE: 9/13/11